UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS

| | |
|---|---|
| **Regal Games LLC,**<br><br>      **Plaintiff,**<br>- vs -<br><br>**SellerX Eight GmbH, MXP Prime Platform GmbH, MXP Prime Platform Ltd., Elevate Brands LLC, Elevate Brands OpCo LLC, Amazon.com Inc., SellerX Group, and Amazon.com, Inc.,**<br><br>      **Defendants.** | Civil Action No. 1:24-cv-2870<br><br>Hon. John J. Tharp, Jr.<br><br>**DEFENDANTS' LOCAL<br>RULE 3.2 DISCLOSURES** |

  Pursuant to Local Rule 3.2 and the Court's Annual Reminder (ECF No. 96), Defendants SellerX Eight GmbH, MXP Prime Platform GmbH, MXP Prime Platform Ltd., and Elevate Brands OpCo LLC hereby identify their affiliates as follows:

  Defendants Elevate Brands OpCo LLC and SellerX Eight GmbH are wholly-owned subsidiaries of SellerX Germany GmbH, a German corporate entity. SellerX Germany GmbH is wholly owned by Vingil Holding 2, S.à r.l., a Luxembourg corporation. Vingil Holding 2, in turn, is 50% owned by MXP Prime Platform GmbH, a German corporate entity, and 50% owned by a collection of other corporate entities. Other than MXP Prime Platform GmbH, the only entities owning 5% or more of Vingil Holding 2 are: BlackRock Direct Lending HH Designated Activity Company, an Irish company managed by BlackRock, Inc., a publicly-traded company; Special Value Continuation Partners, LLC, a wholly-owned, indirect subsidiary of BlackRock TCP Capital Corp.; and VPC Synthesis, L.P., a buyout fund managed by Victory Park Capital Advisors, LLC.

Dated: Chicago, Illinois
       February 23, 2026                Respectfully submitted,

                                                    **SELLERX EIGHT GMBH**

                                                    By:   /s/ Howard L. Teplinsky
                                                             One of Its Attorneys


                                                Howard L. Teplinsky – 6197501
                                                Levin Ginsburg
                                                180 N. LaSalle Street, Suite 2750
                                                Chicago, IL 60601
                                                hteplinsky@levinginsburg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action.

Dated: Chicago, Illinois  
January 30, 2026

Respectfully submitted,

**INSERT TEPLINSKY BLOCK**